FICCARO, Respondent, v. NEW YORK & Q. ELECTRIC LIGHT & POWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Annie Ficcaro against the New York & Queens Electric Light & Power Company. No opinion. Judgment and order unanimously affirmed, with costs.

FINKLE, Appellant, v. VILLAGE OF VALATIE, Respondent. (Supreme Court, Appellate Division, Third Department. September 18, 1906.) Action by William W. Finkle against the village of Valatie. No opinion. Motion denied.

FINN, Respondent, v. AMERICAN CAN CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 10, 1906.) Action by Mary Finn, an infant, against the American Can Company. No opinion. Judgment and order affirmed, with costs.

FIRST NAT. BANK OF SING SING, Appellant, v. SING SING GAS MFG. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by the First National Bank of Sing Sing against the Sing Sing Gas Manufacturing Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

FIRST NAT. BANK OF SING SING, Appellant, v. SING SING GAS MFG. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 27, 1906.) Action by the First National Bank of Sing Sing against the Sing Sing Gas Manufacturing Company and others. No opinion. Motion denied.

FIRST NAT. BANK OF SING SING, Appellant, v. SING SING GAS MFG. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 17, 1906.) Action by the First National Bank of Sing Sing against the Sing Sing Gas Manufacturing Company and others. No opinion. Motion granted, with $10 costs, unless the appellant perfect its appeal as to the defendant gas company within 30 days; in which event the motion is denied, without costs.

FISH, Respondent, v. UTICA STEAM & MOHAWK VALLEY COTTON MILLS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 3, 1906.) Action by Rose Fish, an infant, etc., against the Utica Steam & Mohawk Valley Cotton Mills.
PER CURIAM. Judgment and order affirmed, with costs.
WILLIAMS and NASH, JJ., dissent.

FITZGERALD, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by William Fitzgerald against the Manhattan Railway Company. J. H. Adams, for appellant. E. J. McCroffin, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, to $2,203.40, in which event judgment as so reduced and order affirmed, without costs. Settle order on notice.

FITZPATRICK, Respondent, v. MOSIER, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Action by William H. Fitzpatrick against Charles Mosier. No opinion. Order affirmed, with costs.

FLAHERTY, Respondent, v. MANHATTAN TRANSIT CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by William H. Flaherty against the Manhattan Transit Company. No opinion. Judgment and order unanimously affirmed, with costs.

FLYNN v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. May 16, 1906.) Action by Patrick Flynn against the New York Central & Hudson River Railroad Company.
PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment ordered for the defendant on the nonsuit.
KRUSE, J., dissents.

FLYNN, Appellant, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 10, 1906.) Action by Charles Flynn against Charles W. Smith and Asa C. Sherman.
PER CURIAM. Judgment of county and justice courts reversed, with costs in all courts.
WILLIAMS, J., dissents.

FOLTS, Respondent, v. REMINGTON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 10, 1906.) Action by George P. Folts against Hiram Remington and another. No opinion. Order (100 N. Y. Supp. 834) affirmed, with $10 costs and disbursements.

FORD et al., Respondents, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Florence H. Ford and others against the city of New York. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

FORDHAM, Appellant, v. MAESTRO CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Action by Albert C. Fordham against the Maestro Company. No opinion. Judgment affirmed, with costs.

FORREST v. NEW YORK & G. L. RY. CO. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Action by James M. Forrest against the New York & Greenwood Lake Railway Company. No opinion. Appeal dismissed, with $10 costs. Order filed.

In re FORTY-SECOND & FORTY-THIRD STS. (two cases). (Supreme Court, Appellate